# ALABAMA COURT OF CRIMINAL APPEALS



July 26, 2024

**CR-2022-1049**
Herbert Dewayne Hosea v. State of Alabama (Appeal from Mobile Circuit Court:
CC-19-4464).

## NOTICE

You are hereby notified that on July 26, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk